**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ANDREW LEHMAN | ) | |
| 5800 Medallion Dr. E | ) | |
| Westerville, Ohio 43082 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:09-cv-00898-ALM-TPK v. |
| | ) | |
| | ) | NOTICE OF SETTLEMENT |
| STELLAR RECOVERY, INC. | ) | |
| 1845 US Highway 93 S. | ) | |
| Suite 310 | ) | |
| Kalispell, Montana 59901-5721 | ) | |
| | ) | |
| Defendant. | ) | |

## <u>NOTICE OF SETTLEMENT</u>

NOW COMES the Plaintiff, ANDREW LEHMAN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

By:___/s/ Peter Cozmyk_____
          Peter Cozmyk,
          Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com