## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| ANDREW LEHMAN | ) | |
| 5800 Medallion Dr. E | ) | |
| Westerville, Ohio 43082 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:09-cv-00898-ALM-TPK v. |
| | ) | |
| | ) | NOTICE OF VOLUNTARY DISMISSAL |
| STELLAR RECOVERY, INC. | ) | |
| 1845 US Highway 93 S. | ) | |
| Suite 310 | ) | |
| Kalispell, Montana 59901-5721 | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

ANDREW LEHMAN          (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and

pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff

Without Court Order) voluntarily dismisses, with prejudice, STELLAR RECOVERY, INC.

(Defendant), in this case.


DATED:  March 16, 2010                              RESPECTFULLY SUBMITTED,

                                        By:___/s/ Peter Cozmyk_____
                                                Peter Cozmyk,
                                                Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 ext. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com

1

VOLUNTARY DISMISSAL

VOLUNTARY DISMISSAL

2